UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NISHIKA NIBBER, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 20-3207 (BAH) <br> ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's Order of December 15, 2020, ECF No. 25, Defendants respectfully submit this Status Report advising the Court of (1) whether Plaintiff's biometrics appointment has been scheduled and, if not, when Defendants U.S. Citizenship and Immigration Services ("USCIS") estimates that the appointment will be scheduled; (2) the status of Plaintiff's application to extend her H-4 status, including where her application is situated in the queue of pending petitions; (3) the status of Plaintiff's application to renew Employment Authorization Document, including where her application is situated in the queue of pending petitions; and (4) if no progress has been made with respect to any one of the above inquiries since the submission of the last status report, explaining the lack of progress.

Defendants have previously addressed the above questions and showed that progress was being made on Plaintiff's matter. *See* ECF No. 30-1 (D.D.C. filed Jan. 22, 2021). Defendants now report that, on February 5, 2021, USCIS adjudicated the pending Form I-539 and Form-765 applications. *See* Exhibits A and B. Because this was the only action that Plaintiff seeks to compel in this mandamus action, ECF No. 1 at 24 (Complaint), it is Defendants' position that this case is now moot and should be dismissed. Fed. R. Civ. P. 12(h)(3). As USCIS has

adjudicated Plaintiff's applications, "no further relief is available on that front," and the case should be dismissed as moot. *See Jafarzadeh v. Duke*, 270 F. Supp. 3d 296, 303-04 (D.D.C. 2017) (dismissing as moot the plaintiffs' claims seeking an order requiring USCIS to act on their applications to become lawful permanent residents because USCIS had adjudicated the applications); *see also Kwok Sze v. Johnson*, 172 F. Supp. 3d 112, 116-19 (D.D.C. 2016) (dismissing the plaintiff's request for mandamus relief as moot because USCIS had responded to his request); *see also* Fed. R. Civ. P. 12(h)(3).

Dated:  February 5, 2021                    Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Paul Cirino
PAUL CIRINO, D.C. Bar # 1684555
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530
Telephone:  (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendants*